UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

*Gibson*
-v-
The City, et al

USCA NO. _____

SDNY NO. 07cv4702

JUDGE: KMW

DATE: June 25, 2007

[stamp: JUN 25 2007]

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
            FIRM _____APPEALS SECTION_____
        ADDRESS _UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY_
                _500 PEARL STREET, NEW YORK, NEW YORK 10007_
        PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ----------------------------------

DOCUMENTS                                                    DOC#

Clerk's Certificate
See Attached List of Numbered Documents

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

Balance of file transferred to EDNY

( X ) Original Record                    ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 25th Day of June, 2006.

United States District Court for
the Southern District of New York

Date: June 25, 2007

U.S.C.A. # _____

U.S.D.C. # 07 cv 4702

D.C. JUDGE KMW

----------------------------------------

*Gibson*

-v-

*The City, et al*

----------------------------------------

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __4__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

**BALANCE OF FILE MISSING AT THIS TIME**

balance of file transferred out to EDNY

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of June In this year of our Lord, Two Thousand and Six, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-04702-KMW
### Internal Use Only

Gibson v. The City et al
Assigned to: Judge Kimba M. Wood
Demand: $5,000,000
Cause: 42:1983 Civil Rights Act

Date Filed: 06/04/2007
Date Terminated: 06/04/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Bennie Gibson.(laq) (Entered: 06/12/2007) |
| 06/04/2007 | 2 | COMPLAINT against John Doe, John Doe, John Doe, John Doe, John Doe, Queens Anti-Crime Personnel, 109th Precinct Personnel, Richard Brown, ADA # 7, John Doe Queens County Litigation 2006, The City, Commissioner of New York City Police Department, Kimberly Brown, Garbiano, Deputy Commissioner of New York City, Frank Pravada, Bivens Claim # 40345388. Document filed by Bennie Gibson.(laq) (Entered: 06/12/2007) |
| 06/04/2007 | 3 | NOTICE OF MOTION for leave permission of Court to File Claim Title 42 U.S.C. 1983, 1985, 1986. Document filed by Bennie Gibson.(laq) (Entered: 06/12/2007) |
| 06/04/2007 | | Magistrate Judge Frank Maas is so designated. (laq) (Entered: 06/12/2007) |
| 06/04/2007 | 4 | TRANSFER ORDER (E.D.N.Y.) Since a substantial part of the events or omissions giving rise to this claim allegedly occurred in the Eastern District of N.Y., the action should be and hereby is transferred to the U.S.D.C. for the Eastern District of New York. 28 U.S.C. 1391(b), 1406(a). The Clerk of this Court shall file and docket the complaint without payment of fees. Whether pltff. should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court. Sent original file along certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4870 1780 on 6/12/7. (Signed by Judge Kimba M. Wood on 6/4/7) (laq) (Entered: 06/12/2007) |
| 06/13/2007 | 5 | NOTICE OF APPEAL from [4] Transfer Order E.D.N.Y. (Complaint)(case opening only). Document filed by Bennie Gibson. Copies sent to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 06/20/2007) |
| 06/13/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Bennie Gibson. $455.00 APPEAL FEE DUE. (tp) (Entered: 06/20/2007) |
| 06/20/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 06/20/2007) |
| 06/20/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 06/20/2007) |